■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARFIELD ASHLEY, Appellant. [756 NYS2d 488] —Appeal by the defendant from two judgments of the Supreme Court, Queens County (Buchter, J.), both rendered June 19, 2001, convicting him of robbery in the first degree and robbery in the second degree under Indictment No. 3457/98, and criminal contempt in the second degree under Indictment No. 2354/00, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., Smith, Luciano, Adams and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELWOOD BAKER, Appellant. [756 NYS2d 488] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullin, J.), rendered February 16, 2001, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Krausman, McGinity, Schmidt and Crane, JJ., concur.